```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


SUSAN BARNETT                                         PLAINTIFF

VS.                          CIVIL ACTION NO. 5:05-cv-195(DCB)(JMR)

THE TREE HOUSE CAFÉ, INC.;
HOLLY BECK, INDIVIDUALLY, AND
SAM SMITH, INDIVIDUALLY, AND IN
THEIR OFFICIAL CAPACITY AS AGENTS
AND REPRESENTATIVES OF THE TREE
HOUSE CAFÉ, INC.                                      DEFENDANTS
```

## FINAL JUDGMENT

This cause having come before the court on the defendants' motion for summary judgment, and the motion having been granted as to all federal claims, and the Court having determined that supplemental jurisdiction over the plaintiff's state law claims should not be exercised and that all state law claims should be dismissed without prejudice; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that all federal claims in this action are dismissed with prejudice;

FURTHER ORDERED AND ADJUDGED that all state law claims in this action are dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of December, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE